# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG LEE,<br>    Plaintiff,<br><br>    v.<br><br>BAH CALIFORNIA, INC., et al.,<br>    Defendants. | CV 19-2585 DSF (Ex)<br><br>Order to Show Cause re Dismissal for Lack of Prosecution; Order DISMISSING BAH California, Inc. |

    On July 24, 2019, the Court issued an order to show cause why the case should not be dismissed for failure to serve the Defendants. In response, Plaintiff filed a proof of service for Apple LLC, but nothing relating to BAH California, Inc. Apple LLC's answer was due on July 22, but no answer or other response has been filed to date.

    Given the lack of response, BAH California, Inc. is dismissed from the case without prejudice for lack of prosecution.

    Plaintiff is further ordered to show cause, in writing, no later than November 8, 2019, why Apple LLC should not also be dismissed for failure to prosecute.

    IT IS SO ORDERED.

Date: November 1, 2019

                                                          Dale S. Fischer<br>
                                                           United States District Judge