# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG LEE,<br>    Plaintiff,<br><br>        v.<br><br>BAH CALIFORNIA, INC., et al.,<br>    Defendant. | Case No. CV 19-02585 DSF (Ex)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendant Apple LLC,

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: November 15, 2019

Dale S. Fischer
United States District Judge